JURY, STAY

**U.S. District Court [LIVE]**
**Eastern District of TEXAS (Texarkana)**
**CIVIL DOCKET FOR CASE #: 5:07-cv-00192-DF**
**Internal Use Only**

Teague v. C.R. Bard, Inc. et al
Assigned to: Judge David Folsom
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/20/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Marion Teague**

represented by **Carly Slack Anderson**
Patton Tidwell & Schroeder, LLP
4605 Texas Blvd
PO Box 5398
Texarkana, TX 75505-5398
903/792-7080
Fax: 9037928233
Email: canderson@texarkanalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.**

represented by **D Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems
500 Dallas St
Suite 2600
Houston, TX 77002
713/655-7511
Fax: 17136557526
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**Defendant**

**Davol, Inc.**

represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 1:08-cv-02342-ML-LDA Document 1-3 Filed 03/12/2008 Page 2 of 2

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 1375416.), filed by Marion Teague. (Attachments: # 1 Civil Cover Sheet )(Anderson, Carly) Modified on 12/27/2007 (mpv, ). (Entered: 12/21/2007) |
| 12/21/2007 | 2 | E-GOV SEALED SUMMONS Issued as to C.R. Bard, Inc., Davol, Inc. (Summons for C R BARD) (Attachments: # 1 Summons(es) Davol) (mpv, ) (Entered: 12/21/2007) |
| 01/22/2008 | 3 | MOTION to Stay *Proceedings (Unopposed) Pending Transfer to Federal MDL* by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order Unopposed Motion to Stay)(McFarland, D) (Entered: 01/22/2008) |
| 01/24/2008 | 4 | ORDER granting 3 Motion to Stay. It is hereby ORDERED that all requirements,deadlines (including responsive pleading deadlines), and other proceedings in this actionbefore this Court are hereby stayed and/or extended indefinitely pending transfer of theaction by the Judicial Panel on Multidistrict Litigation to the United States District Courtfor the District of Rhode Island. Upon transfer to the District of Rhode Island, the partieswill comply with any requirements and deadlines imposed by that court with respect tothis action. Signed by Judge David Folsom on 1/24/08. (mpv, ) (Entered: 01/24/2008) |
| 02/25/2008 | | Received copy of letter from MDL Court (Judicial Panel) in PA regarding MDL 1842 and Conditional Transfer Order CTO-14 regarding this case being a possible MDL transfer. (Awaiting certified copy from receiving court) (sm, ) (Entered: 02/26/2008) |
| 03/10/2008 | 5 | CERTIFIED MDL TRANS ORDER (CTO-14) transferring this case to the District of Rhode Island.. Signed by Judge Unassigned on 3/10/2008. (sm, ) (Entered: 03/10/2008) |